IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEPTUNE INVESTORS, LLC, et al. | : | NO. 20-0452 |

ORDER

AND NOW, this  5th  day of May, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Neptune Investors, LLC, AHG Group, LLC, AHG Group Holdings, LLC, HFP Investors, LLC, Gorovitz Family Limited Partnership, CHGO Real Estate Consulting Group, LLC, and Gene Harris to dismiss the amended complaint under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction and under Rule 12(b)(3) and 28 U.S.C. § 1406(a) for improper venue is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                         J.