```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN HILL, LLC                 :       CIVIL ACTION
                                 :
         v.                      :
                                 :
NEPTUNE INVESTORS, LLC, et al.   :       NO. 20-452
```

ORDER

AND NOW, this 3rd day of September, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ordered that:

(1) the motion of the defendants for reconsideration of the order entered on August 12, 2020 (Doc. # 54) is GRANTED in part and DENIED in part;

(2) the motion is GRANTED as to the last sentence in document 318(b) which begins "Does this . . .?" as this sentence is privileged; and

(3) the motion for reconsideration is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                           J.