IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEPTUNE INVESTORS, LLC et al. | : | NO. 20-452 |

## ORDER

AND NOW, this 22nd day of October, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Neptune Investors, LLC, AHG Group, LLC, AHG Group Holdings, LLC, HFP Investors, LLC, Gorovitz Family Limited Partnership, CHGO Real Estate Consulting Group, LLC, and Gene Harris to dismiss under Rule 12(b)(1) and Rule 12(b)(7), incorrectly denominated as a motion for summary judgment under Rule 56 (Doc #65), is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.