```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

WARREN HILL, LLC                :      CIVIL ACTION
                                :
          v.                    :
                                :
NEPTUNE INVESTORS, LLC et al.   :      NO. 20-452


                     PRELIMINARY INJUNCTION

     AND NOW, this   15th   day of December, 2020, based on the Court's findings of fact and conclusions of law, it is hereby ORDERED that:

   (1)   Defendants, Neptune Investors LLC, AHG Group LLC, AHG Group Holdings LLC, HFP Investors LLC, Gorovitz Family Limited Partnership, Gene Harris, and CHGO Real Estate Consulting Group LLC, are preliminarily enjoined from selling, transferring, encumbering, dispersing, secreting away, or otherwise alienating assets with the value of $8,523,630 without approval of this Court.

   (2)   Defendants shall forthwith file an affidavit with this Court identifying the assets set aside and their value.

   (3)   Defendants shall regularly monitor the value of the assets set aside, and if the value falls below $8,523,630 defendants shall promptly set aside additional assets so that the total value of the assets set aside shall remain

at least equal to $8,523,630. An affidavit shall promptly be filed with the Court identifying any additional assets and their value.

(4) Defendants shall file with the Court in the first week of April, July, October, and January, an affidavit setting forth the value of the set-aside assets as of the end of the preceding month.

(5) This preliminary injunction binds the following who receive actual notice of it by personal service or otherwise:

   a. The parties;
   b. The parties' officers, agents, servants, employees, and attorneys; and
   c. Other persons who are in active concert or participation with them.

(6) In lieu of the preliminary injunction, defendants may file with this Court a security bond in the amount of $8,523,630 to provide for the satisfaction of the judgment entered in favor of Warren Hill, LLC and against SFR Equities, LLC in the case of <u>Warren Hill, LLC v. SFR Equities, LLC</u>, Civil Action No. 18-1228, in the United States District Court for the Eastern District of Pennsylvania.

(7)  Plaintiff Warren Hill, LLC shall post a bond for $170,000.

>                    BY THE COURT:
>
>                    /s/ Harvey Bartle III
>                    _____
>                                            J.