IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEPTUNE INVESTORS, LLC, et al. | : | NO. 20-452 |

ORDER

AND NOW, this 19th day of May, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants to dismiss the amended complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and pursuant to Rule 12(b)(7) for failure to join non-diverse indispensable parties under Rule 19 (Doc. #121) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.