```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WARREN HILL, LLC                  :        CIVIL ACTION
                                  :
              v.                  :
                                  :
NEPTUNE INVESTORS, LLC, et al.    :        NO. 20-452

                            ORDER

       AND NOW, this   20th   day of May, 2021, for the

reasons set forth in the foregoing memorandum, it is hereby

ORDERED that the motion of plaintiff to exclude the testimony of

Kevin Couillard (Doc. #116) is DENIED.


                            BY THE COURT:

                            /s/ Harvey Bartle III
                            _____
                                                    J.
```