IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEPTUNE INVESTORS, LLC, et al. | : | NO. 20-452 |

ORDER

AND NOW, this 24th day of May, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of plaintiff for partial summary judgment (Doc. #109) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.