IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN HILL, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEPTUNE INVESTORS, LLC, et al. | : | NO. 20-452 |

ORDER

AND NOW, this 30th day of June, 2021, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants for partial relief from the December 15, 2020 preliminary injunction (Doc. #124) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.